UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Robert Velasquez,** | § § § | |
| *Plaintiff*, | § § § § | |
| **v.** | § § | **CIVIL ACTION NO. 4:18-cv-03897** |
| **Wright National Flood Insurance Company,** | § § § § | |
| *Defendants*. | § § § | |

**ORDER**

The Plaintiff's Agreed Motion to Continue is GRANTED. Accordingly, the Court reschedules the scheduling conference for May 24, 2019 at 9:00 a.m.

Signed on _May 3, 2019, at Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE